THE LAW OFFICE OF

ELISA HYMAN, P.C.

August 4, 2026

Granted.

SO ORDERED:

8/5/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Re: S.K.N., et al. v. New York City Department of Education, et al. 1:26-CV-02372 (SHS)(RWL)" Via ECF*

Dear Judge Lehrburger,

I represent the Plaintiffs in the above-referenced action(s). I write to request a second extension of time to file a response to the motion to dismiss filed by the Defendants on June 22, 2026 ("Motion") which is due August 6, 2026. ECF No. 11. This is Plaintiffs' second request for an extension of time to respond to the Motion. Plaintiffs are requesting an extension for 30 days to September 6, 2026, to either file an amended complaint or a response to the Motion.

Plaintiffs are requesting this extension of time for various reasons including the following: (a) Plaintiffs would like to explore settlement, as the child has switched schools and his parent's new counsel has advised me that they are no longer seeking to implement the extended day part of the student's program[1]; and (b) one of our lawyers who handles the federal docket at our firm, Erin O'Connor, just took a one-month, unplanned leave due to the death of her father.

Defendants do not object but are only in agreement to a two-week extension, to August 20, 2026.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/

Elisa Hyman, Esq.

[1] I only received confirmation about this fact last week.

cc: Attorneys of Record (via ECF)