THE LAW OFFICE OF

# ELISA HYMAN, P.C.

September 11, 2026

Granted.

SO ORDERED:

9/11/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Re: S.K.N., et al. v. New York City Department of Education, et al.*
*1:26-CV-02372 (SHS)(RWL)*

Dear Judge Lehrburger,

I represent the Plaintiffs in the above-referenced action(s). I write to request a third and final, but yet *nunc pro tunc*, extension of time to file a response to the motion to dismiss filed by the Defendants on June 22, 2026 ("Motion") which was due August 6, 2026. This is Plaintiffs' third request for an extension of time to respond to the Motion. Plaintiffs are requesting a short. *nunc pro tunc* extension to this Monday, September 14, 2026, to either file an amended complaint or a response to the Motion. Defendants' counsel consents to this request for an extension.

Plaintiffs sincerely apologize for missing the deadline; we had an unusual mix-up in my office as to which attorney would be filing the response and only realized yesterday that neither lawyer had filed it.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/
Laura Barbieri, Esq.
Of Counsel

cc: Attorneys of Record (via ECF)