UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.K.N. on behalf of himself and his minor child, S.N.; D.P., on behalf of herself and her minor child, S.N.,

Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; CHANCELLOR KAMAR H. SAMUELS, in his official capacity; THE CITY OF NEW YORK,

Defendants.

26-cv-2372 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Defendants' motion to dismiss the complaint (Dkt. No. 11) is denied as moot in light of plaintiffs' filing of an amended complaint (Dkt. No. 23). Defendants' last day to respond to the amended complaint by answer or motion is October 1, 2026.

Dated: New York, New York
September 24, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.